IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE A. CAMPOS,

    Plaintiff,                         No. CIV S-00-2340 DFL GGH P

    vs.

GRAY DAVIS et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 6, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 6, 2005, are adopted in full; and

2. Plaintiff's November 15, 2004 motion for summary judgment is denied, defendants' February 18, 2005 cross-motion for summary judgment is granted, and judgment is entered for defendants.

DATED: 9/14/2005

_____
DAVID F. LEVI
United States District Judge

2